FILED
APR - 8 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **TERRY L. MCQUISTEN,** | Civil Case No. 08-408-SU |
| Plaintiff, | |
| | ORDER |
| v. | |
| **UNITED STATES OF AMERICA, U.S. DEPARTMENT OF AGRICULTURE** and **U.S. FOREST SERVICE,** | |
| Defendants. | |

Terry L. McQuisten
P. O. Box 428
Baker City, Oregon 97814

   Pro Se Plaintiff

Dwight C. Holton
United States Attorney
District of Oregon

Page 1 - ORDER

Kevin Danielson
Assistant Untied States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

    Attorneys for Defendants

KING, Judge:

    The Honorable Patricia Sullivan, United States Magistrate Judge, filed Findings and Recommendation on March 5, 2010. Plaintiff filed timely objections to the Findings and Recommendation.

    When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Sullivan.

    This court ADOPTS the Findings and Recommendation of Magistrate Judge Sullivan (#31) dated March 5, 2010 in its entirety.

    IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (#19) is GRANTED.

    DATED this 8th day of April, 2010.

    _____
    GARR M. KING
    United States District Judge